# ROTHENBERG & CAMPBELL

Howard A. Rothenberg, Esquire
Ryan P. Campbell, Esquire
Ryan N. O'Connor, Esquire*
Dave W. Rothenberg, Esquire

345 Wyoming Avenue, Suite 210
Scranton, PA 18503
(570)207-ATTY
Fax: (570)207-3991
Email: HRLAW01@gmail.com

**Honesdale Office**
1022 Court Street
Honesdale, PA 18431
**Stroudsburg Office**
31 N. 7th Street
Stroudsburg, PA 18360

_* Also Member of Florida Bar and_
_Licensed to Practice in Florida_

June 8, 2020
-**VIA ECF FILING**-

The Honorable Malachy E. Mannion
U.S. District Court – Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18503

    **Re:**    Matthew R. Patrick, _et al_. v. VRBO.com, Inc., _et al._
              Docket No.: 3:20-cv-00269-MEM
              Our File No.: HRLAW-5046

Dear Judge Mannion:

    I am happy to report that the above-captioned matter has been resolved. Kindly issue the appropriate Termination Order as the parties are in the process of drafting and executing the settlement documents and it is anticipated that same will be completed within the next few weeks.

    Thank you.

                              Very Truly Yours,

                              Dave W. Rothenberg, Esq.
                              **Rothenberg & Campbell**

DWR/

cc.    John Evans, Esq.
       Jayson Wolfgang, Esq.
       Matthew & Anna Patrick